No. 951. GLOBE AND RUTGERS FIRE INSURANCE COMPANY *v.* WINTER GARDEN COMPANY. March 15, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Joseph S. Auerbach* and *Martin . A. Schenck* for petitioner. *Messrs. Pierre M. Brown* and *William J. Hughes* for respondent.

No. 952. JOHN W. THOMPSON *v.* UNITED STATES. March 15, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied. *Messrs. James Hamilton Lewis, T. M. Pierce, A. M. Frumberg,* and *Randolph Laughlin* for petitioner. *Solicitor General Mitchell* and *Messrs. Ralph F. Potter* and *Harry S. Ridgely* for the United States.

No. 954. PICKANDS, MATHER & COMPANY *v.* H. A. AND D. W. KUHN. March 15, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Horace Andrews* for petitioner. *Mr. George H. Eichelberger* for respondents.

No. 956. WILLIAM F. PURSGLOVE *v.* MONONGAHELA RAILWAY COMPANY. March 15, 1926. Petition for writ of certiorari to the Supreme Court of the State of Pennsylvania denied. *Mr. David F. Anderson* for petitioner. No appearance for respondent.

No. 960. LEHIGH VALLEY RAILROAD COMPANY *v.* BARBARA CIECHOWSKI. March 15, 1926. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Thomas R. Wheeler* for petitioner. *Mr. Hamilton Ward* for respondent.